UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JEROME WALKER, | Civ. No.  2:16-61 WBS CMK |
| Plaintiff, | |
| v. | ORDER RE: EX PARTE APPLICATION FOR AN ORDER MODIFYING THE SCHEDULING ORDER |
| MCCLOUD COMMUNITY SERVICES DISTRICT, | |
| Defendant. | |

----oo0oo----

Before the court is defendant's ex parte application for an order modifying the court's scheduling order to extend the discovery and law and motion deadlines and reset the trial date. (Docket No. 17.)  The application is opposed by plaintiff. (Docket No. 18.)  Having reviewed defendant's application, the court finds that defendant has not shown good cause to modify the scheduling order.  Even assuming the parties had informally agreed to modify the scheduling order, the parties never agreed on any new proposed deadlines, and such agreement was not brought

1

to the court's attention until now, on the eve of the Pretrial Conference, which was set almost ten months ago. Moreover, the application was filed well after the discovery and dispositive motion deadlines had past. Accordingly, the ex parte application is DENIED.

    IT IS SO ORDERED.

Dated: February 16, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE