UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JEROME WALKER, | Civ. No. 2:16-61 WBS CMK |
|         Plaintiff, | |
|    v. | ORDER AMENDING PRETRIAL ORDER |
| MCCLOUD COMMUNITY SERVICES DISTRICT, | |
|         Defendant. | |

----oo0oo----

Pursuant to defendant's Objection to Final Pretrial Order and Request for Modification (Docket No. 24), the Final Pretrial Order is hereby amended to reflect that in addition to the other defenses listed in the Final Pretrial Order, defendant asserts the defense of failure to exhaust judicial remedies. In light of this amendment, the parties' trial briefs shall address the defense of failure to exhaust judicial remedies, in addition to all other issues listed in Section V of the Final Pretrial Order.

1

IT IS SO ORDERED.

Dated: March 7, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE