| | |
|---|---|
| 1 | **RICHARD M. ROGERS, #045843**<br>**LAW OFFICE OF RICHARD M. ROGERS** |
| 2 | 100 Bush Street, #1980<br>San Francisco, CA 94104 |
| 3 | Telephone: 415/981-9788<br>Facsimile: 415/981-9798 |
| 4 | Email: RogersRMR@yahoo.com |
| 5 | **ROBERT D. WINSTON, #080843**<br>**KIRSHER, WINSTON & BOSTON** |
| 6 | P.O. Box 177<br>Mount Shasta, CA 96067 |
| 7 | Telephone: (530) 926-3444<br>Facsimile: (530) 926-3599 |
| 8 | Email: rwinston@kwb-law.net |
| 9 | Attorneys for Plaintiff<br>**JEROME WALKER** |
| 11 | **JAMES K. WARD, ESQ., #117639**<br>**DANIEL P. JAY, ESQ., #215860** |
| 12 | **EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP** |
| 13 | 745 University Avenue<br>Sacramento, CA 95825 |
| 14 | Telephone: (916)923-1600<br>Facsimile: (916)923-1616 |
| | Email: ward@ewwsllp.com |
| 15 | djay@ewwsllp.com |
| 16 | Attorneys for Defendant<br>**MCCLOUD COMMUNITY SERVICES DISTRICT** |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JEROME WALKER, | ) | **Case No.: 2:16−CV−00061−WBS−CMK** |
| Plaintiff, | ) | Case filed: 01/11/16 |
| | ) | Trial date: 04/25/17 |
| v. | ) | |
| MCCLOUD COMMUNITY SERVICES DISTRICT, | ) | **STIPULATION TO DISMISSAL OF ACTION; ORDER** |
| Defendant. | ) | |

Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice, pursuant to a Settlement Agreement.

Respectfully submitted,

Dated: 4-24-17

LAW OFFICE OF RICHARD M. ROGERS

By: /s/ Richard M. Rogers
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 5/24/17

EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP

By: /s/ Daniel P. Jay
JAMES K. WARD
DANIEL JAY
Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: May 25, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

WALKER/
/16cv61 Walker Stipulation To Dismiss.docx
1